# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.R. MCFARLANE, J.P. LISIECKI**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**ROGER R. RABINO**
**HOSPITALMAN SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201300483**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 20 September 2013.
**Military Judge:** CAPT Bethany Payton-O'Brien, JAGC, USN.
**Convening Authority:** Commanding Officer, Helicopter Sea Combat Squadron EIGHT FIVE, Naval Air Station North Island, San Diego, CA.
**For Appellant:** Maj Michael Berry, USMCR.
**For Appellee:** Mr. Brian Keller, Esq.

**30 April 2014**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court